UNITED STATES of America, Plaintiff–Appellee,

v.

Matthew Mason DODGE, a.k.a. flow_matt, Defendant–Appellant.

No. 08–10802.

United States Court of Appeals, Eleventh Circuit.

April 27, 2009.

Kristen Gartman Rogers, Peter J. Madden, Carlos Alfredo Williams, Fed. Pub. Defenders, Mobile, AL, for Defendant–Appellant.

Steven Butler, Richard H. Loftin, Deidre L. Colson, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.